148 So. 921

**Bonnie McCRARY v. STATE.**
8 Div. 791.

Court of Appeals of Alabama.
June 6, 1933.

RICE, Judge.
Affirmed.

139 So. 920

**Bob McCULLAR v. STATE.**
6 Div. 220.

Court of Appeals of Alabama.
Jan. 12, 1932.

SAMFORD, J.
Affirmed.

148 So. 921

**Frank McCULLARS v. STATE.**
7 Div. 977.

Court of Appeals of Alabama.
June 6, 1933.

SAMFORD, Judge.
Appeal dismissed.

139 So. 920

**W. V. McCULLEY v. CITY OF HUNTSVILLE.**
8 Div. 444.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

146 So. 922

**Joe McDANIEL v. STATE.**
8 Div. 768.

Court of Appeals of Alabama.
March 7, 1933.

BRICKEN, Presiding Judge.
Affirmed.

142 So. 923

**Clarence McDONALD v. STATE.**
8 Div. 496.

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Affirmed.

150 So. 925

**Willie McDUFFIE v. STATE.**
4 Div. 5.

Court of Appeals of Alabama.
Nov. 14, 1933.

SAMFORD, Judge.
Appeal dismissed.

150 So. 925

**Willie McDUFFIE v. STATE.**
4 Div. 4.

Court of Appeals of Alabama.
Nov. 14, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.